FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>     v.<br><br>LANIS R. METTEER and KIRK METTEER,<br><br>                    Defendants. | NO: 1:17-CV-3162-RMP<br><br>ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST LANIS R. METTER |

This matter is before the Court on the United States of America's Motion for Entry of Default Judgment against Lanis R. Metteer, ECF No. 10. Based upon the motion and the record herein and for good cause shown, the Court finds that entry of default judgment is appropriate in this matter. Accordingly, **IT IS HEREBY ORDERED**:

    1. The United States of America's Motion for Entry of Default Judgment against Lanis R. Metteer, **ECF No. 10** is **GRANTED**.

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST LANIS R. METTER ~ 1

2. The Court finds that Lanis R. Metteer has no interest in the property that is the subject of this action or any portion of the proceeds of the sale of said property.

3. The Court further **ORDERS** that default judgment be entered against Lanis R. Metteer finding that he has no interest in the property that is the subject of this proceeding or any portion of the proceeds of the sale of said property.

   **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter Judgment accordingly, and provide copies to counsel.

   **DATED** February 21, 2018.


   _____*s/ Rosanna Malouf Peterson*_____
   ROSANNA MALOUF PETERSON
   United States District Judge