# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 21, 2018**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

LANIS R. METTEER and KIRK METTEER,

*Defendant*

Civil Action No. 1:17-cv-03162-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other: United States of America's Motion for Entry of Default Judgment against Lanis R. Metteer, ECF No. 10, is GRANTED. The Court finds that Lanis R. Metteer has no interest in the property that is the subject of this action or any portion of the sale of said property. The Court further ORDERS that default judgment be entered against Lanis R. Metteer finding that he has no interest in the property that is the subject of this proceeding or any portion of the proceeds of the sale of said property.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Judge ROSANNA MALOUF PETERSON on a motion for for Entry of Default Judgment (ECF No. 10)

Date: 02/21/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates